UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

JUL - 8 2008

In re

WORLDCOM, INC., et al.

            Debtors

MCI WORLDCOM
COMMUNICATIONS, INC. f/k/a
WORLDCOM TECHNOLOGIES, INC.

            Plaintiff

            v.

COMMUNICATIONS NETWORK
INTERNATIONAL, LTD.,

            Defendant

Chapter 11
Case No. 02-13533 (AJG)

(Jointly Administered)

Adversary Proceeding
No. 04-04338 (AJG)

## NOTICE OF APPEAL

Communications Network International, Ltd. ("CNI"), the Defendant, appeals under 28 U.S.C. § 158(a) or (b) from the orders of The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, entered June 25, 2008, and dated April 30, 2008, January 9, 2008, December 7, 2007, September 6, 2007, July 9, 2007 and March 13, 2006.

The names of all parties to the order appealed from and the names, addressees, and telephone numbers of their respective attorneys are as follows:

Mark Shaiken, Esquire
Stinson, Morrison, Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
816.842.8600
Attorney for Worldcom, Inc.,
MCI WorldCom Communications, Inc. f/k/a
WorldCom Technologies, Inc.

W. Mark Mullineaux, Esquire

794 Penllyn Pike
Blue Bell, PA 1922
267.419.1500
Attorney for Communications Network
International, Ltd.

222856 v1

DATE: 7-3-08

_____
W. MARK MULLINEAUX
794 Penllyn Pike
Blue Bell, PA 19422
(267) 419-1500
(267) 419-1560 (fax)
Attorney for Defendant, Communications Network, International, Inc.

222856 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| WORLDCOM, INC., et al. | Case No. 02-13533 (AJG) |
| Debtors | (Jointly Administered) |
| MCI WORLDCOM COMMUNICATIONS, INC. f/k/a WORLDCOM TECHNOLOGIES, INC. | |
| Plaintiff | |
| v. | Adversary Proceeding No. 04-04338 (AJG) |
| COMMUNICATIONS NETWORK INTERNATIONAL, LTD., | |
| Defendant | |

## STATEMENT OF ELECTION OF TAKING APPEAL TO DISTRICT COURT

Defendant, Communications Network International, Ltd. ("CNI"), hereby exercises its right to have CNI's appeal of the orders of The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, entered June 25, 2008, and dated April 30, 2008, January 9, 2008, December 7, 2007, September 6, 2007, July 9, 2007 and March 13, 2006.
the Order of April 4, 2006 ("CNI's Appeal") to be heard by the District Court of this District.

CNI's Appeal was noticed pursuant to the filing of a Notice of Appeal at the time of the filing of this statement.

DATE: 7-3-08

By: _____
W. MARK MULLINEAUX
794 Penllyn Pike
Blue Bell, PA 19422
(267) 419-1500
(267) 419-1560 (fax)
Attorney for Defendant, Communications Network, International, Inc.

222856 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>WORLDCOM, INC., et al.<br><br>         Debtors<br><br>MCI WORLDCOM<br>COMMUNICATIONS, INC. f/k/a<br>WORLDCOM TECHNOLOGIES, INC.<br><br>         Plaintiff<br><br>    v.<br><br>COMMUNICATIONS NETWORK<br>INTERNATIONAL, LTD.,<br><br>         Defendant | Chapter 11<br>Case No. 02-13533 (AJG)<br><br>(Jointly Administered)<br><br><br><br><br><br><br>Adversary Proceeding<br>No. 04-04338 (AJG) |

## CERTIFICATE OF SERVICE

I hereby state that I mailed by first class mail, postage prepaid, a true and correct copy of the foregoing notice of appeal and election of taking appeal to the District Court on July 3, 2008:

Mark Shaiken, Esquire
Stinson, Morrison, Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
816.842.8600
Attorney for Worldcom, Inc.,

                *[signature]*
                W. Mark Mullineaux
              Dated: 7-3-08

222856 v1