```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08
```

UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

COMMUNICATIONS NETWORK
INTERNATIONAL, LTD.,
    v.
      Appellant

MCI WORLDCOM
COMMUNICATIONS, INC. f/k/a
WORLDCOM TECHNOLOGIES, INC.

      Appellee

No. 08-7254

Bankruptcy Appeal

## ORDER

AND NOW, this 27th day of August, 2008, upon consideration of Communications Network International, Ltd. ("CNI")'s uncontested motion to modify the briefing schedule, that motion is granted and the following Briefing schedule is adopted:

CNI Brief due September 15, 2008

MCI WorldCom Brief due October 15, 2008

CNI Reply Brief due November 4, 2008.

BY THE COURT

*Victor Marrero, U.S.D.J.*

J.

222855 v1